# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COBY JAMES MARLER,<br><br>Defendant. | Case No. CR 06-87-GF-BMM<br><br>**ORDER DISMISSING PETITION AND VACATING HEARING** |

Defendant Coby James Marler, having filed an Unopposed Motion to Dismiss Petition and Vacate Hearing;

IT IS HEREBY ORDERED that the Supervised Release Violation Petition (Docket 38) in this matter is hereby DISMISSED;

IT IS FURTHER HEREBY ORDERED that the Revocation Hearing currently scheduled for Tuesday, August 6, 2019, at 2:00 p.m., is VACATED.

DATED this 31st day of July, 2019.

_____
Brian Morris
United States District Court Judge

1